# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Steven J. Bank,<br><br>　　　　Plaintiff<br><br>vs.<br><br>4 Unknown Agents of the General Services Administration,<br><br>　　　　Defendants | Case No.: 2:13-cv-01044-JAD-PAL<br><br>**Order Adopting Report and Recommendation [Doc. 5], Denying Application to Proceed *in Forma Pauperis* [Doc. 6], and Dismissing Complaint** |

　　　　This case arises out of Plaintiff Steven Bank's *Bivens* action against four security officers at the Lloyd D. George United States Courthouse in Las Vegas, Nevada. *See* Doc. 6. Bank filed an Application to Proceed *in forma Pauperis*, Doc. 1, on June 11, 2013. Magistrate Judge Peggy A. Leen issued an Order on July 11, 2013, that denied Bank's application without prejudice because it lacked necessary information. Doc. 3. She further directed him to file a new application by August 9, 2013; he filed nothing. *Id.* Accordingly, Judge Leen issued a Report of Findings and Recommendation on August 5, 2013, recommending that this Court deny Plaintiff's Application to Proceed *in Forma Pauperis* and dismiss this action. Doc. 5.

　　　　The Court is mindful that federal courts must "liberally construe the 'inartful pleading' of pro se litigants" like the plaintiff in the instant case. *Eldridge v. Block*, 832 F.2d 1132, 1137 (9th Cir. 1987) (quoting *Boag v. MacDougall*, 454 U.S. 364, 365 (1982) (per curiam)). But a pro se litigant is "expected to abide by the rules of the court in which he litigates." *Carter v. C.I.R.*, 784 F.2d 1006, 1008 (9th Cir. 1986) (citing *Taylor v. Comm'r*, 771 F.2d 478, 479–80 (11th Cir. 1985) (per curiam); *United States v. Merrill*, 746 F.2d 458, 465 (9th Cir. 1984)). Like all litigants, Bank

may submit an *in forma pauperis* application, but he must satisfy the District of Nevada's requirements in order to qualify for such status. Ignoring the Magistrate Judge's Order to submit a new application that contains the information necessary for processing his application—or failing to request additional time to comply with the Order—is a sure path to denial of *in forma pauperis* status.

The Court has considered the record and has made a determination consistent with 28 U.S.C. § 636(b) and applicable case law.

It is hereby ORDERED that the Report and Recommendation of Magistrate Judge Leen **[Doc. 5]** is **ADOPTED**. Plaintiff's Application to Proceed *in Forma Pauperis* **[Doc. 6]** is **DENIED** and Plaintiff's Complaint is **DISMISSED**.

It is further ORDERED that the Clerk of Court shall **CLOSE** this case.

DATED October 15, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE